Description of case and counsel the same as in the next preceding case.

---

### 14348. POOLE *v.* THE STATE.

BROYLES, C. J. The evidence authorized the verdict, and there is no substantial merit in the amendment to the motion for a new trial.

         *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
              DECIDED MAY 15, 1923.

Indictment for assault with intent to murder; from Bibb superior court — Judge Mathews. January 31, 1923.

*John R. Cooper, W. O. Cooper Jr., D. W. McCoy,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.